NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RECENTIVE ANALYTICS, INC.,**
*Plaintiff-Appellant*

**v.**

**FOX CORP., FOX BROADCASTING COMPANY, LLC, FOX SPORTS PRODUCTIONS, LLC,**
*Defendants-Appellees*

_____

2023-2437

_____

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-01545-GBW, Judge Gregory Brian Williams.

_____

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

_____

2                          RECENTIVE ANALYTICS, INC. v. FOX CORP.

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and CUNNINGHAM, *Circuit Judges*,[1] and GOLDBERG, *Chief District Judge*.[2]

PER CURIAM.

# O R D E R

Recentive Analytics, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

July 23, 2025
    Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Newman and Circuit Judge Stark did not participate.

[2]    Honorable Mitchell S. Goldberg, Chief District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation, participated only in the decision on the petition for panel rehearing.